IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-228T

(Filed: August 23, 2006)

JEROME C. JEWELL,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion for Suspension of Proceedings, filed on May 16, 2006. Similar motions were previously granted in *Schnepp v. United States*, No. 04-1709T (case stayed January 31, 2005), *Ivey v. United States*, No. 05-223T (case stayed on April 19, 2005), and *Roberts v. United States*, No. 05-564T (case stayed on July 21, 2005).

For good cause shown, the parties' motion is **GRANTED**. Proceedings in this case are stayed pending final decisions in *Isler v. United States*, No. 01-344T, *Scuteri v. United States*, No. 01-358T, and *Dismore v. United States*, No. 04-1787T. Furthermore, the parties advise, and this court concurs, that the periodic status reports to be filed with this court in *Ivey v. United States*, No. 05-223T, should satisfy any need for periodic status reports in this case during this stay. Thus, during the stay, no status reports need be filed in this case.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Judge