IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-228T

(Filed: September 17, 2007)

| | |
|---|---|
| JEROME C. JEWELL | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

The stay entered on this case by this court's order of August 23, 2006, is LIFTED.

Accordingly, defendant's answer or other response to the complaint is due sixty days from today on November 16, 2007. A joint preliminary status report will be due forty-nine days thereafter on January 8, 2008.

It is so ORDERED.

s/ Charles F. Lettow
Judge