**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**No. 06-228 T**
**(Judge Charles F. Lettow)**

---

**JEROME C. JEWELL,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant**

---

**DECLARATION OF JOSEPH B. SYVERSON**

---

I, Joseph B. Syverson, hereby affirm and attest that the following statements are true to the best of my knowledge and belief:

1. I am the attorney assigned to the defense of the above-captioned case.

2. Within my official capacity, I have temporary custody of the Department of Justice and Internal Revenue Service (IRS) files for the above-captioned case.

3. Attached hereto are true and correct copies of the following documents, which are contained in the official files of the IRS and the Justice Department:

**Exhibit 1.** Certificate of Assessments, Payments, and Other Specified Matters (Form 4340) for plaintiff's tax year 1998.

**Exhibit 2.** Plaintiff's individual income tax return (Form 1040) for tax year 1998, dated

April 14, 1999.

**Exhibit 3.** Decision of the United States Tax Court in *Rancho California Partners-II v. Commissioner*, No. 12535-90 (U.S. Tax. Ct.), entered on July 19, 2001.

**Exhibit 4.** Motion for Entry of Decisions Pursuant to Rule 248(b) filed by the Commissioner of Internal Revenue in *Rancho California Partners-II v. Commissioner*, No. 12535-90 (U.S. Tax. Ct.) on April 13, 2001.

4. The Department of Justice and IRS files for this case in my temporary custody do not contain a claim for refund of the amounts sought by plaintiff in this suit for the 1998 tax year or any evidence that such a claim was filed.

I declare, under penalty of perjury, in accordance with 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge and belief.

Executed on November 16, 2007, in Washington, D.C.

s/ Joseph B. Syverson
JOSEPH B. SYVERSON
Trial Attorney
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
TELEPHONE (202) 307-6508
FACSIMILE (202) 514-9440
Joseph.B.Syverson@usdoj.gov