| | | |
|---|---|---|
| a Control number | | OMB No. 1545-0008 |

| | | |
|---|---|---|
| b Employer identification number | 1 Wages, tips, other compensation 232241.02 | 2 Federal income tax withheld 56185.72 |
| c Employer's name, address, and ZIP code<br>ACCI<br>2500 116th Avenue NE, Suite 2<br>Bellevue, WA 98004 | 3 Social security wages 68400.00 | 4 Social security tax withheld 4240.80 |
| | 5 Medicare wages and tips 232241.02 | 6 Medicare tax withheld 3390.16 |
| | 7 Social security tips | 8 Allocated tips |
| d Employee's social security number | 9 Advance EIC payment | 10 Dependent care benefits |
| e Employee's name, address, and ZIP code<br>Jerry C. Jewell<br><br>10803 NE 39th Place<br>Bellevue, WA 98004 | 11 Nonqualified plans | 12 Benefits included in box 1 4148.44 |
| | 13 See instrs. for box 13 | 14 Other |
| | 15 Statutory employee ☐ Deceased ☐ Pension plan ☒ Legal rep. ☐ Deferred compensation ☐ | |

| 16 State | Employer's state I.D. no. | 17 State wages, tips, etc. | 18 State income tax | 19 Locality name | 20 Local wages, tips, etc. | 21 Local income tax |
|---|---|---|---|---|---|---|
| | | | | | | |

Form **W-2** Wage and Tax Statement **1998** (O)

Department of the Treasury—Internal Revenue Service

Copy B To Be Filed With Employee's FEDERAL Tax Return

This information is being furnished to the Internal Revenue Service.

*Printed on recycled paper*

GOVERNMENT EXHIBIT 2

Form **1040** Department of the Treasury - Internal Revenue Service
**U.S. Individual Income Tax Return** **1998** (99) 8222211109801 IRS Use Only - Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 1998, or other tax year beginning , 1998, ending , 19 OMB No. 1545-0074

**Label** (See instructions on page 18.) Use the IRS label. Otherwise, please print or type. LABEL HERE

| | | |
|---|---|---|
| Your first name and initial: JEROME C. | Last name: JEWELL | Your social security number |
| If a joint return, spouse's first name and initial | Last name | Spouse's social security number |
| Home address (number and street). If you have a P.O. box, see page 18.: 10803 NE 39TH PL | Apt. no. | ▲ IMPORTANT! ▲ You **must** enter your SSN(s) above. |
| City, town or post office, state, and ZIP code. If you have a foreign address, see page 18.: BELLEVUE, WA 98004 | | |

**Presidential Election Campaign** (See page 18.)

| | Yes | No |
|---|---|---|
| Do you want $3 to go to this fund? | | X |
| If a joint return, does your spouse want $3 to go to this fund? | | |

**Note:** Checking "Yes" will not change your tax or reduce your refund.

## Filing Status

Check only one box.

1 [X] Single
2 [ ] Married filing joint return (even if only one had income)
3 [ ] Married filing separate return. Enter spouse's soc. sec. no. above and full name here. ▶
4 [ ] Head of household (with qualifying person). If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5 [ ] Qualifying widow(er) with dependent child (year spouse died ▶ 19 ). (See page 18.)

## Exemptions

6a [X] **Yourself.** If your parent (or someone else) can claim you as a dependent on his or her tax return, **do not** check box 6a — No. of boxes checked on 6a and 6b: 1

b [ ] **Spouse**

c **Dependents:**

| (1) First name Last name | (2) Dependent's social security number | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see page 19) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If more than six dependents, see page 19.

No. of your children on 6c who: ● lived with you ● did not live with you due to divorce or separation (see page 19)
Dependents on 6c not entered above
Add numbers entered on lines above ▶ 1

d Total number of exemptions claimed

## Income

Attach Copy B of your Forms W-2, W-2G, and 1099-R here.

If you did not get a W-2, see page 20.

Enclose, but do not staple, any payment. Also, please use Form 1040-V.

| Line | Description | | Amount |
|---|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 7 | 232241. |
| 8a | **Taxable** interest. Attach Schedule B if required | 8a | 2243. |
| b | **Tax-exempt** interest. DO NOT include on line 8a — 8b | | |
| 9 | Ordinary dividends. Attach Schedule B if required | 9 | 144. |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | 10 | |
| 11 | Alimony received | 11 | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | 12 | <974.> |
| 13 | Capital gain or (loss). Attach Schedule D | 13 | 10899. |
| 14 | Other gains or (losses). Attach Form 4797 | 14 | |
| 15a | Total IRA distributions 15a — b Taxable amount (see page 22) | 15b | |
| 16a | Total pensions and annuities 16a — b Taxable amount (see page 22) | 16b | 143. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 17 | <10694.> |
| 18 | Farm income or (loss). Attach Schedule F | 18 | |
| 19 | Unemployment compensation | 19 | |
| 20a | Social security benefits 20a — b Taxable amount (see page 24) | 20b | |
| 21 | Other income. List type and amount - see page 24 | 21 | |
| 22 | Add the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 22 | 234002. ✓ |

## Adjusted Gross Income

If line 33 is under $30,095 (under $10,030 if a child did not live with you), see EIC inst. on page 36.

| Line | Description | | Amount | | Amount |
|---|---|---|---|---|---|
| 23 | IRA deduction (see page 25) | 23 | | | |
| 24 | Student loan interest deduction (see page 27) | 24 | | | |
| 25 | Medical savings account deduction. Attach Form 8853 | 25 | | | |
| 26 | Moving expenses. Attach Form 3903 | 26 | | | |
| 27 | One-half of self-employment tax. Attach Schedule SE | 27 | | | |
| 28 | Self-employed health insurance deduction (see page 28) | 28 | | | |
| 29 | Keogh & self-employed SEP plans and SIMPLE plans | 29 | | | |
| 30 | Penalty on early withdrawal of savings | 30 | | | |
| 31a | Alimony paid b Recipient's SSN ▶ | 31a | | | |
| 32 | Add lines 23 through 31a | | | 32 | |
| 33 | Subtract line 32 from line 22. This is your **adjusted gross income** ▶ | | | 33 | 234002. |

810001 02-16-99 LHA **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see page 51.** Form **1040** (1998)

Form 1040 (1998) JEROME C. JEWELL OMB No. 1545-0074 Page 2

| | | | | |
|---|---|---|---|---|
| **Tax and Credits** | 34 | Amount from line 33 (adjusted gross income) | 34 | 234002. |
| | 35a | Check if: ☐ You were 65 or older, ☐ Blind; ☐ Spouse was 65 or older, ☐ Blind. Add the number of boxes checked above and enter the total here ▶ 35a | | |
| | b | If you are married filing separately and your spouse itemizes deductions or you were a dual-status alien, see page 29 and check here ▶ 35b ☐ | | |
| **Standard Deduction for Most People** Single: $4,250 Head of household: $6,250 Married filing jointly or Qualifying widow(er): $7,100 Married filing separately: $3,550 | 36 | Enter the **larger** of your **itemized deductions** from Schedule A, line 28, **OR standard deduction** shown on the left. **But** see page 30 to find your standard deduction if you checked any box on line 35a or 35b **or** if someone can claim you as a dependent | 36 | 21470. |
| | 37 | Subtract line 36 from line 34 | 37 | 212532. |
| | 38 | If line 34 is $93,400 or less, multiply $2,700 by the total number of exemptions claimed on line 6d. If line 34 is over $93,400, see the worksheet on page 30 for the amount to enter | 38 | 324. |
| | 39 | **Taxable income.** Subtract line 38 from line 37. If line 38 is more than line 37, enter -0- | 39 | 212208. |
| | 40 | **Tax.** See page 30. Check if any tax from a ☐ Form(s) 8814 b ☐ Form 4972 ▶ | 40 | 63109. |
| | 41 | Credit for child and dependent care expenses. Attach Form 2441 — 41 | | |
| | 42 | Credit for the elderly or the disabled. Attach Schedule R — 42 | | |
| | 43 | Child tax credit (see page 31) — 43 | | |
| | 44 | Education credits. Attach Form 8863 — 44 | | |
| | 45 | Adoption credit. Attach Form 8839 — 45 | | |
| | 46 | Foreign tax credit. Attach Form 1116 if required — 46 | | |
| | 47 | Other. Check if from a ☐ Form 3800 b ☐ Form 8396 c ☐ Form 8801 d ☐ Form (specify) — 47 | | |
| | 48 | Add lines 41 through 47. These are your **total credits** | 48 | |
| | 49 | Subtract line 48 from line 40. If line 48 is more than line 40, enter -0- ▶ | 49 | 63109. |
| **Other Taxes** | 50 | Self-employment tax. Attach Schedule SE | 50 | |
| | 51 | Alternative minimum tax. Attach Form 6251 | 51 | |
| | 52 | Social security and Medicare tax on tip income not reported to employer. Attach Form 4137 | 52 | |
| | 53 | Tax on IRAs, other retirement plans, and MSAs. Attach Form 5329 if required | 53 | |
| | 54 | Advance earned income credit payments from Form(s) W-2 | 54 | |
| | 55 | Household employment taxes. Attach Schedule H | 55 | |
| | 56 | Add lines 49 through 55. This is your **total tax** ▶ | 56 | 63109. |
| **Payments** | 57 | Federal income tax withheld from Forms W-2 and 1099 — 57: 56186. | | |
| Attach Forms W-2 and W-2G on page 1. Also attach Form 1099-R if tax was withheld. | 58 | 1998 estimated tax payments and amount applied from 1997 return — 58 | | |
| | 59a | **Earned income credit.** Attach Schedule EIC if you have a qualifying child — 59a | | |
| | b | Nontaxable earned income: amount ▶ and type ▶ | | |
| | 60 | Additional child tax credit. Attach Form 8812 — 60 | | |
| | 61 | Amount paid with Form 4868 (request for extension) — 61 | | |
| | 62 | Excess social security and RRTA tax withheld (see page 43) — 62 | | |
| | 63 | Other payments. Check if from a ☐ Form 2439 b ☐ Form 4136 — 63 | | |
| | 64 | Add lines 57, 58, 59a, and 60 through 63. These are your **total payments** ▶ | 64 | 56186. |
| **Refund** | 65 | If line 64 is more than line 56, subtract line 56 from line 64. This is the amount you **OVERPAID** | 65 | |
| Have it directly deposited! See page 44 and fill in 66b, 66c, and 66d. | 66a | Amount of line 65 you want **REFUNDED TO YOU** ▶ | 66a | |
| | b | Routing number ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number | | |
| | 67 | Amount of line 65 you want **APPLIED TO YOUR 1999 ESTIMATED TAX** ▶ 67 | | |
| **Amount You Owe** | 68 | If line 56 is more than line 64, subtract line 64 from line 56. This is the **AMOUNT YOU OWE.** For details on how to pay, see page 44 ▶ | 68 | 6923. |
| | 69 | Estimated tax penalty. Also include on line 68 — 69 | | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Keep a copy for your records.

Your signature: Jerome Jewell (signed) — Date: 4/14/99 — Your occupation: ENGINEER — Daytime telephone number (optional)

Spouse's signature. If a joint return, BOTH must sign. — Date — Spouse's occupation

**Paid Preparer's Use Only**

Preparer's signature: (signed) — Date: 4/12/99 — Check if self-employed ☐ — Preparer's social security no.

Firm's name (or yours if self-employed) and address: HERSMAN SERLES, P.S. P.O. BOX 789 KIRKLAND, WASHINGTON — EIN — ZIP code 98083-0789

810002 02-16-99

**SCHEDULES A&B (Form 1040)**
Department of the Treasury Internal Revenue Service

# Schedule A - Itemized Deductions

**(Schedule B is on page 2)**

▶ Attach to Form 1040. ▶ See Instructions for Schedules A and B (Form 1040).

OMB No. 1545-0074
**1998**
Attachment Sequence No. 07

Name(s) shown on Form 1040: JEROME C. JEWELL
Your social security number:

| Section | Line | Description | Line | Amount | Line | Amount |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | Caution: *Do not include expenses reimbursed or paid by others.* | | | | |
| | 1 | Medical and dental expenses (see page A-1) SEE STATEMENT 6 | 1 | 9076. | | |
| | 2 | Enter amount from Form 1040, line 34 — 2 — 234002. | | | | |
| | 3 | Multiply line 2 above by 7.5% (.075) | 3 | 17550. | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | 0. |
| **Taxes You Paid** (See page A-2.) | 5 | State and local income taxes | 5 | | | |
| | 6 | Real estate taxes (see page A-2) | 6 | 4337. | | |
| | 7 | Personal property taxes | 7 | | | |
| | 8 | Other taxes. List type and amount ▶ | 8 | | | |
| | 9 | Add lines 5 through 8 | | | 9 | 4337. |
| **Interest You Paid** (See page A-3.) | 10 | Home mortgage interest and points reported to you on Form 1098 | 10 | 18186. | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see page A-3 and show that person's name, identifying no., and address ▶ | 11 | | | |
| **Note:** Personal interest is not deductible. | 12 | Points not reported to you on Form 1098. See page A-3 for special rules STMT 4 | 12 | 83. | | |
| | 13 | Investment interest. Attach Form 4952 if required. (See page A-3.) STMT 5 | 13 | 1584. | | |
| | 14 | Add lines 10 through 13 | | | 14 | 19853. |
| **Gifts to Charity** | 15 | Gifts by cash or check. If you made any gift of $250 or more, see page A-4 | 15 | | | |
| If you made a gift and got a benefit for it, see page A-4. | 16 | Other than by cash or check. If any gift of $250 or more, see page A-4. You **MUST** attach Form 8283 if over $500 | 16 | 565. | | |
| | 17 | Carryover from prior year | 17 | | | |
| | 18 | Add lines 15 through 17 | | | 18 | 565. |
| **Casualty and Theft Losses** | 19 | Casualty or theft loss(es). Attach Form 4684. (See page A-5.) | | | 19 | |
| **Job Expenses and Most Other Miscellaneous Deductions** | 20 | Unreimbursed employee expenses - job travel, union dues, job education, etc. You **MUST** attach Form 2106 or 2106-EZ if required. (See page A-5.) ▶ | 20 | | | |
| | 21 | Tax preparation fees | 21 | 322. | | |
| (See page A-6 for expenses to deduct here.) | 22 | Other expenses - investment, safe deposit box, etc. List type and amount ▶ FROM K-1 - TROUBADOR II, INC 1936. | 22 | 1936. | | |
| | 23 | Add lines 20 through 22 | 23 | 2258. | | |
| | 24 | Enter amount from Form 1040, line 34 — 24 — 234002. | | | | |
| | 25 | Multiply line 24 above by 2% (.02) | 25 | 4680. | | |
| | 26 | Subtract line 25 from line 23. If line 25 is more than line 23, enter -0- | | | 26 | 0. |
| **Other Miscellaneous Deductions** | 27 | Other - from list on page A-6. List type and amount ▶ | | | 27 | |
| **Total Itemized Deductions** | 28 | Is Form 1040, line 34, over $124,500 (over $62,250 if married filing separately)? STMT 7<br>**NO.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 27. Also, enter on Form 1040, line 36, the larger of this amount or your standard deduction. ▶<br>**YES.** Your deduction may be limited. See page A-6 for the amount to enter. | | | 28 | 21470. |

LHA **For Paperwork Reduction Act Notice, see Form 1040 instructions.**
819501
11-02-98

Schedule A (Form 1040) 1998

Schedules A&B (Form 1040) 1998 OMB No. 1545-0074 Page 2

Name(s) shown on Form 1040. Do not enter name and social security number if shown on page 1. | Your social security number

JEROME C. JEWELL

## Schedule B - Interest and Ordinary Dividends

Attachment Sequence No. 08

### Part I Interest

Note: *If you had over $400 in taxable interest income, you must also complete Part III.*

Note: If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | | | Amount |
|---|---|---|---|
| 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see page B-1 and list this interest first. Also, show that buyer's social security number and address ▶ | | |
| | ACCI | 1 | 1373. |
| | BANK OF AMERICA NT&SA DBA SEAFIRST BANK | | 190. |
| | NATIONAL SECURITIES CORP. | | 3. |
| | U.S. TREASURY DEPARTMENT | | 455. |
| | STATE OF CALIFORNIA | | 125. |
| | FROM K-1 - APEX ENTERPRISES, LLC | | 97. |
| 2 | Add the amounts on line 1 | 2 | 2243. |
| 3 | Excludable interest on series EE U.S. savings bonds issued after 1989 from Form 8815, line 14. You MUST attach Form 8815 to Form 1040 | 3 | |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040, line 8a ▶ | 4 | 2243. |

### Part II Ordinary Dividends

Note: *If you had over $400 in ordinary dividends, you must also complete Part III.*

Note: If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | | | Amount |
|---|---|---|---|
| 5 | List name of payer. Include only ordinary dividends. Report any capital gain distributions on Schedule D, line 13 ▶ | | |
| | CHARLES SCHWAB & CO., INC. | 5 | 38. |
| | FROM K-1 - APEX ENTERPRISES, LLC | | 106. |
| 6 | Add the amounts on line 5. Enter the total here and on Form 1040, line 9 | 6 | 144. |

### Part III Foreign Accounts and Trusts

| | You must complete this part if you (a) had over $400 of interest or ordinary dividends; (b) had a foreign account; or (c) received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|---|
| 7a | At any time during 1998, did you have an interest in or a signature or other authority over a financial account in a foreign country, such as a bank account, securities account, or other financial account? | | X |
| b | If "Yes," enter the name of the foreign country ▶ | | |
| 8 | During 1998, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520 | | X |

LHA For Paperwork Reduction Act Notice, see Form 1040 instructions. Schedule B (Form 1040) 1998

827501 11-02-98

**SCHEDULE C (Form 1040)**
Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
(Sole Proprietorship)
▶ Partnerships, joint ventures, etc., must file Form 1065 or Form 1065-B.
▶ Attach to Form 1040 or Form 1041. ▶ See Instructions for Schedule C (Form 1040).

OMB No. 1545-0074
**1998**
Attachment Sequence No. 09

Name of proprietor: JEROME C. JEWELL
Social security number (SSN):

A Principal business or profession, including product or service (see page C-1): GOLD MINING
B Enter NEW code from pages C-8 & 9 ▶ 212200
C Business name. If no separate business name, leave blank.
D Employer ID number (EIN), if any
E Business address (including suite or room no.) ▶
City, town or post office, state, and ZIP code
F Accounting method: (1) [X] Cash (2) [ ] Accrual (3) [ ] Other (specify) ▶
G Did you "materially participate" in the operation of this business during 1998? If "No," see page C-2 for limit on losses [X] Yes [ ] No
H If you started or acquired this business during 1998, check here ▶ [ ]

## Part I Income

| Line | Description | Box | Amount |
|---|---|---|---|
| 1 | Gross receipts or sales. **Caution:** *If this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked, see page C-3 and check here* ▶ [ ] | 1 | |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | |
| 4 | Cost of goods sold (from line 42 on page 2) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | |
| 6 | Other income, including Federal and state gasoline or fuel tax credit or refund (see page C-3) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | |

## Part II Expenses. Enter expenses for business use of your home only on line 30.

| Line | Description | Box | Amount | Line | Description | Box | Amount |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | | 19 | Pension and profit-sharing plans | 19 | |
| 9 | Bad debts from sales or services (see page C-3) | 9 | | 20 | Rent or lease (see page C-5): | | |
| 10 | Car and truck expenses (see page C-3) | 10 | | a | Vehicles, machinery, and equipment | 20a | |
| 11 | Commissions and fees | 11 | | b | Other business property | 20b | |
| 12 | Depletion | 12 | | 21 | Repairs and maintenance | 21 | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see page C-4) | 13 | | 22 | Supplies (not included in Part III) | 22 | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | 23 | Taxes and licenses | 23 | |
| 15 | Insurance (other than health) | 15 | | 24 | Travel, meals, and entertainment: | | |
| 16 | Interest: | | | a | Travel | 24a | |
| a | Mortgage (paid to banks, etc.) | 16a | | b | Meals and entertainment | | |
| b | Other | 16b | | c | Enter 50% of line 24b subject to limitations (see page C-6) | | |
| 17 | Legal and professional services | 17 | | d | Subtract line 24c from line 24b | 24d | |
| 18 | Office expense | 18 | | 25 | Utilities | 25 | |
| | | | | 26 | Wages (less employment credits) | 26 | |
| | | | | 27 | Other expenses (from line 48 on page 2) | 27 | 974. |

| Line | Description | Box | Amount |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27 in columns ▶ | 28 | 974. |
| 29 | Tentative profit (loss). Subtract line 28 from line 7 | 29 | <974.> |
| 30 | Expenses for business use of your home. Attach **Form 8829** | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.<br>● If a profit, enter on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.<br>● If a loss, you MUST go on to line 32. | 31 | <974.> |
| 32 | If you have a loss, check the box that describes your investment in this activity (see page C-6).<br>● If you checked 32a, enter the loss on **Form 1040, line 12,** and ALSO on **Schedule SE, line 2** (statutory employees, see page C-6). Estates and trusts, enter on Form 1041, line 3.<br>● If you checked 32b, you MUST attach **Form 6198.** | 32a [X] All investment is at risk.<br>32b [ ] Some investment is not at risk. | |

LHA **For Paperwork Reduction Act Notice, see Form 1040 Instructions.** Schedule C (Form 1040) 1998

820001
10-28-98

## Part III Cost of Goods Sold (see page C-7)

33 Method(s) used to value closing inventory: a ☐ Cost b ☐ Lower of cost or market c ☐ Other (attach explanation)

34 Was there any change in determining quantities, costs, or valuations between opening and closing inventory? If "Yes," attach explanation ☐ Yes ☐ No

| | | | |
|---|---|---|---|
| 35 | Inventory at beginning of year. If different from last year's closing inventory, attach explanation | 35 | |
| 36 | Purchases less cost of items withdrawn for personal use | 36 | |
| 37 | Cost of labor. Do not include any amounts paid to yourself | 37 | |
| 38 | Materials and supplies | 38 | |
| 39 | Other costs | 39 | |
| 40 | Add lines 35 through 39 | 40 | |
| 41 | Inventory at end of year | 41 | |
| 42 | **Cost of goods sold.** Subtract line 41 from line 40. Enter the result here and on page 1, line 4 | 42 | |

## Part IV Information on Your Vehicle.

Complete this part **ONLY** if you are claiming car or truck expenses on line 10 and are not required to file Form 4562 for this business. See the instructions for line 13 on page C-4 to find out if you must file.

43 When did you place your vehicle in service for business purposes? (month, day, year) ▶ / / .

44 Of the total number of miles you drove your vehicle during 1998, enter the number of miles you used your vehicle for:

a Business ______ b Commuting ______ c Other ______

45 Do you (or your spouse) have another vehicle available for personal use? ☐ Yes ☐ No

46 Was your vehicle available for use during off-duty hours? ☐ Yes ☐ No

47a Do you have evidence to support your deduction? ☐ Yes ☐ No

b If "Yes," is the evidence written? ☐ Yes ☐ No

## Part V Other Expenses.

List below business expenses not included on lines 8-26 or line 30.

| | | |
|---|---|---|
| MINE EXPLORATION | | 974. |
| 48 | **Total other expenses.** Enter here and on page 1, line 27 (48) | 974. |

820002
10-28-98

SCHEDULE D (Form 1040)
Department of the Treasury Internal Revenue Service (99)

# Capital Gains and Losses

▶ Attach to Form 1040. ▶ See Instructions for Schedule D (Form 1040).
▶ Use Schedule D-1 for more space to list transactions for lines 1 and 8.

OMB No. 1545-0074
**1998**
Attachment Sequence No. 12

Name(s) shown on Form 1040: JEROME C. JEWELL

Your social security number:

## Part I Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired / (c) Date sold | (d) Sales price (See page D-6) | (e) Cost or other basis (See page D-6) | (f) GAIN or (LOSS) Subtract (e) from (d) |
|---|---|---|---|---|
| 1 100 SH - PFIZER INCORPORATED | 08/06/98 / 03/23/98 | 10438. | 9749. | 689. |
| 4,000 SH - WESTERN COPPER HLDGS LTDF | 01/27/98 / 08/20/98 | 6750. | 19770. | <13020.> |
| | | | | |
| | | | | |

| Line | Description | No. | (d) | (f) |
|---|---|---|---|---|
| 2 | Enter your short-term totals, if any, from Schedule D-1, line 2 | 2 | | |
| 3 | **Total short-term sales price amounts.** Add column (d) of lines 1 and 2 | 3 | 17188. | |
| 4 | Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | 4 | | |
| 5 | Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 5 | | 8721. |
| 6 | Short-term capital loss carryover. Enter the amount, if any, from line 8 of your 1997 Capital Loss Carryover Worksheet | 6 | | ( ) |
| 7 | **Net short-term capital gain or (loss).** Combine lines 1 through 6 in column (f) ▶ | 7 | | <3610.> |

## Part II Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property (Example: 100 sh. XYZ Co.) | (b) Date acquired / (c) Date sold | (d) Sales price (See page D-6) | (e) Cost or other basis (See page D-6) | (f) GAIN or (LOSS) Subtract (e) from (d) | (g) 28% RATE GAIN or (LOSS) * (see instr. below) |
|---|---|---|---|---|---|
| 8 SEE STATEMENT 8 | | 82490. | 67981. | 14509. | |
| | | | | | |
| | | | | | |
| | | | | | |

| Line | Description | No. | (d) | (f) | (g) |
|---|---|---|---|---|---|
| 9 | Enter your long-term totals, if any, from Schedule D-1, line 9 | 9 | | | |
| 10 | **Total long-term sales price amounts.** Add column (d) of lines 8 and 9 | 10 | 82490. | | |
| 11 | Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | 11 | | | |
| 12 | Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | 12 | | | |
| 13 | Capital gain distributions. See page D-2 | 13 | | | |
| 14 | Long-term capital loss carryover. Enter in both columns (f) and (g) the amount, if any, from line 13 of your 1997 Capital Loss Carryover Worksheet | 14 | | ( ) | ( ) |
| 15 | Combine lines 8 through 14 in column (g) | 15 | | | |
| 16 | **Net long-term capital gain or (loss).** Combine lines 8 through 14 in column (f) ▶ | 16 | | 14509. | |

**Next:** Go to Part III on page 2.

* **28% Rate Gain or Loss** includes all "collectibles gains and losses" (as defined on page D-6) and up to 50% of the eligible gain on qualified small business stock (see page D-5).

LHA **For Paperwork Reduction Act Notice, see Form 1040 instructions.** **Schedule D (Form 1040) 1998**



820511/02-16-99

Schedule D (Form 1040) 1998 JEROME C. JEWELL Page 2

## Part III Summary of Parts I and II

| | | |
|---|---|---|
| 17 Combine lines 7 and 16. If a loss, go to line 18. If a gain, enter the gain on Form 1040, line 13<br>**Next:** Complete Form 1040 through line 39. Then, go to **Part IV** to figure your tax if:<br>• Both lines 16 and 17 are gains, **and**<br>• Form 1040, line 39, is more than zero. | 17 | 10899. |
| 18 If line 17 is a loss, enter here and as a (loss) on Form 1040, line 13, the **smaller** of these losses:<br>• The loss on line 17; **or**<br>• ($3,000) or, if married filing separately, ($1,500) | 18 | ( ) |
| **Next:** Complete Form 1040 through line 37. Then, complete the **Capital Loss Carryover Worksheet** on page D-6 if:<br>• The loss on line 17 exceeds the loss on line 18, **or**<br>• Form 1040, line 37, is a loss. | | |

## Part IV Tax Computation Using Maximum Capital Gains Rates

| | | | | |
|---|---|---|---|---|
| 19 Enter your taxable income from Form 1040, line 39 | | | 19 | 212208. |
| 20 Enter the **smaller** of line 16 or line 17 of Schedule D | 20 | 10899. | | |
| 21 If you are filing Form 4952, enter the amount from Form 4952, line 4e | 21 | | | |
| 22 Subtract line 21 from line 20. If zero or less, enter -0- | 22 | 10899. | | |
| 23 Combine line 7 and 15. If zero or less, enter -0- | 23 | 0. | | |
| 24 Enter the **smaller** of line 15 or line 23, but not less than zero | 24 | | | |
| 25 Enter your unrecaptured section 1250 gain, if any (see page D-7) | 25 | | | |
| 26 Add lines 24 and 25 | 26 | | | |
| 27 Subtract line 26 from line 22. If zero or less, enter -0- | | | 27 | 10899. |
| 28 Subtract line 27 from line 19. If zero or less, enter -0- | | | 28 | 201309. |
| 29 Enter the **smaller** of:<br>• The amount on line 19, **or**<br>• $25,350 if single; $42,350 if married filing jointly or qualifying widow(er); $21,175 if married filing separately; or $33,950 if head of household | | | 29 | 25350. |
| 30 Enter the **smaller** of line 28 or line 29 | | | 30 | 25350. |
| 31 Subtract line 22 from line 19. If zero or less, enter -0- | | | 31 | 201309. |
| 32 Enter the **larger** of line 30 or line 31 | | | 32 | 201309. |
| 33 Figure the tax on the amount on line 32. Use the Tax Table or Tax Rate Schedules, whichever applies ▶ | | | 33 | 60929. |
| 34 Enter the amount from line 29 | | | 34 | 25350. |
| 35 Enter the amount from line 28 | | | 35 | 201309. |
| 36 Subtract line 35 from line 34. If zero or less, enter -0- | | | 36 | 0. |
| 37 Multiply line 36 by 10% (.10) ▶ | | | 37 | |
| 38 Enter the **smaller** of line 19 or line 27 | | | 38 | 10899. |
| 39 Enter the amount from line 36 | | | 39 | |
| 40 Subtract line 39 from line 38 | | | 40 | 10899. |
| 41 Multiply line 40 by 20% (.20) ▶ | | | 41 | 2180. |
| 42 Enter the **smaller** of line 22 or line 25 | | | 42 | |
| 43 Add lines 22 and 32 | 43 | 212208. | | |
| 44 Enter the amount from line 19 | 44 | 212208. | | |
| 45 Subtract line 44 from line 43. If zero or less, enter -0- | | | 45 | 0. |
| 46 Subtract line 45 from line 42. If zero or less, enter -0- | | | 46 | 0. |
| 47 Multiply line 46 by 25% (.25) ▶ | | | 47 | |
| 48 Enter the amount from line 19 | | | 48 | 212208. |
| 49 Add lines 32, 36, 40, and 46 | | | 49 | 212208. |
| 50 Subtract line 49 from line 48 | | | 50 | |
| 51 Multiply line 50 by 28% (.28) ▶ | | | 51 | |
| 52 Add lines 33, 37, 41, 47, and 51 | | | 52 | 63109. |
| 53 Figure the tax on the amount on line 19. Use the Tax Table or Tax Rate Schedules, whichever applies | | | 53 | 64852. |
| 54 **Tax on taxable income (including capital gains).** Enter the **smaller** of line 52 or line 53 here and on Form 1040, line 40 ▶ | | | 54 | 63109. |

820512 12-07-98

Schedule E (Form 1040) 1998 Attachment Sequence No. 13 Page 2

Name(s) shown on return. Do not enter name and social security number if shown on Page 1. | Your social security number

JEROME C. JEWELL

**Note:** *If you report amounts from farming or fishing on Schedule E, you must enter your gross income from those activities on line 41 below. Real Estate professionals must complete line 42 below.*

## Part II Income or Loss From Partnerships and S Corporations

**Note:** *If you report a loss from an at-risk activity, you MUST check either column* (e) *or* (f) *on line 27 to describe your investment in the activity. If you check column* (f) *you must attach* Form 6198.

| 27 | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | Investment At Risk? (e) All is at risk | (f) Some is not at risk |
|---|---|---|---|---|---|---|
| * A | RANCHO CALIFORNIA PARTNERS-II | P | | | X | |
| B | APEX ENTERPRISES, LLC | P | | | X | |
| * C | INDEPENDENT DATA SYSTEMS | P | | | X | |
| D | TROUBADOR II, INC | S | | | X | |
| E | | | | | | |

| | Passive Income and Loss: (g) Passive loss allowed (attach Form 8582 if required) | Passive Income and Loss: (h) Passive income from Schedule K-1 | Nonpassive Income and Loss: (i) Nonpassive loss from Schedule K-1 | Nonpassive Income and Loss: (j) Section 179 expense deduction from Form 4562 | Nonpassive Income and Loss: (k) Nonpassive income from Schedule K-1 |
|---|---|---|---|---|---|
| A | | | 4871. | | |
| B | 5773. | | | | |
| C | | | 50. | | |
| D | | | | | |
| E | | | | | |
| 28a Totals | | | | | |
| b Totals | 5773. | | 4921. | | |

| | | |
|---|---|---|
| 29 | Add columns (h) and (k) of line 28a | 29 |
| 30 | Add columns (g), (i), and (j) of line 28b | 30 ( 10694.) |
| 31 | Total partnership and S corporation income or (loss). Combine lines 29 and 30. Enter the result here and include in the total on line 40 below | 31 <10694.> |

## Part III Income or Loss From Estates and Trusts

| 32 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | Passive Income and Loss: (c) Passive deduction or loss allowed (attach Form 8582 if required) | Passive Income and Loss: (d) Passive income from Schedule K-1 | Nonpassive Income and Loss: (e) Deduction or loss from Schedule K-1 | Nonpassive Income and Loss: (f) Other income from Schedule K-1 |
|---|---|---|---|---|
| A | | | | |
| B | | | | |
| 33a Totals | | | | |
| b Totals | | | | |

| | | |
|---|---|---|
| 34 | Add columns (d) and (f) of line 33a | 34 |
| 35 | Add columns (c) and (e) of line 33b | 35 ( ) |
| 36 | Total estate and trust income or (loss). Combine lines 34 and 35. Enter the result here and include in the total on line 40 below | 36 |

## Part IV Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 37 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| | | |
|---|---|---|
| 38 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 40 below | 38 |

## Part V Summary * ENTIRE DISPOSITION OF PASSIVE ACTIVITY

| | | |
|---|---|---|
| 39 | Net farm rental income or (loss) from **Form 4835.** Also, complete line 41 below | 39 |
| 40 | TOTAL income or (loss). Combine lines 26, 31, 36, 38, and 39. Enter the result here and on Form 1040, line 17 ▶ | 40 <10694.> |
| 41 | **Reconciliation of Farming and Fishing Income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), line 15b; Schedule K-1 (Form 1120S), line 23; and Schedule K-1 (Form 1041), line 14 (see page E-6) | 41 |
| 42 | **Reconciliation for Real Estate Professionals.** If you were a real estate professional, enter the net income or (loss) you reported anywhere on Form 1040 from all rental real estate activities in which you materially participated under the passive activity loss rules | 42 |

821501
10-28-98

# 1998 Income from Passthroughs

RANCHO CALIFORNIA PARTNERS-II
I.D. NUMBER:
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

RANCHO CALIFORNIA PARTNERS-II

100% DISPOSITION AT A NET LOSS

| | | |
|---|---|---|
| ORDINARY INCOME (LOSS) | -3546 | |
| SCHEDULE E ACTIVITY INCOME (LOSS) | | -3546 |
| PAL CARRYOVER FROM 1997 - SCHEDULE E | | -1325 |
| SCHEDULE E ACTIVITY NET LOSS | | -4871 |

TAX PREFERENCE ITEMS:

| | |
|---|---|
| AMT PAL CARRYOVER FROM 1997 - SCHEDULE E | 1325 |

828021
10-16-98

# 1998 Income from Passthroughs

APEX ENTERPRISES, LLC
I.D. NUMBER:
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

APEX ENTERPRISES, LLC

OTHER PASSIVE ACTIVITY

| | | |
|---|---|---|
| ORDINARY INCOME (LOSS) | -1866 | |
| SCHEDULE E ACTIVITY INCOME (LOSS) | | -1866 |
| PAL CARRYOVER FROM 1997 - SCHEDULE E | | -3907 |
| ALLOWABLE PASSIVE LOSS FROM FORM 8582 | | -5773 |

TAX PREFERENCE ITEMS:

| | |
|---|---|
| AMT PAL CARRYOVER FROM 1997 - SCHEDULE E | 3907 |

OTHER K-1 INFORMATION:

| | |
|---|---|
| INTEREST - TOTAL | 97 |
| DIVIDENDS - TOTAL | 106 |
| INVESTMENT INCOME | 203 |

828021
10-16-98

# 1998 Income from Passthroughs

INDEPENDENT DATA SYSTEMS
I.D. NUMBER:
TYPE: PARTNERSHIP

ACTIVITY INFORMATION:

INDEPENDENT DATA SYSTEMS

100% DISPOSITION AT A NET LOSS

| | | |
|---|---|---|
| ORDINARY INCOME (LOSS) | -50 | |
| SCHEDULE E ACTIVITY INCOME (LOSS) | | -50 |

# 1998 Income from Passthroughs

TROUBADOR II, INC
I.D. NUMBER:
TYPE: S CORPORATION

ACTIVITY INFORMATION:

TROUBADOR II, INC

OTHER PASSIVE ACTIVITY

| | |
|---|---|
| PASSIVE SHORT-TERM CAPITAL GAIN (LOSS) | 8721 |
| TOTAL ACTIVITY INCOME/LOSS | 8721 |

OTHER K-1 INFORMATION:

| | |
|---|---|
| DEDUCTIONS RELATED TO PORTFOLIO INCOME - 2% | 1936 |

# 1998 Income from Passthroughs

SUMMARY OF K-1 INFORMATION FOR ALL PASSTHROUGHS

OTHER K-1 INFORMATION:

| | |
|---|---|
| INTEREST - TOTAL | 97 |
| DIVIDENDS - TOTAL | 106 |

DEDUCTIONS:

| | |
|---|---|
| DEDUCTIONS RELATED TO PORTFOLIO INCOME - 2% | 1936 |

INVESTMENT INTEREST EXPENSE:

| | |
|---|---|
| INVESTMENT INCOME | 203 |

TAX PREFERENCE ITEMS:

| | |
|---|---|
| AMT PAL CARRYOVER FROM 1997 - SCHEDULE E | 5232 |