Form **1116**

Department of the Treasury
Internal Revenue Service

# Foreign Tax Credit

**(Individual, Estate, Trust, or Nonresident Alien Individual)**

▶ Attach to Form 1040, 1040NR, 1041, or 990-T.

OMB No. 1545-0121

**1998**

Attachment Sequence No. 19

Name: JEROME C. JEWELL

Identifying number as shown on page 1 of your tax return:

Use a separate Form 1116 for each category of income listed below. See **Categories of Income** on page 3 of the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below. Complete this form for credit for taxes on:

a [X] Passive income
b [ ] High withholding tax interest
c [ ] Financial services income
d [ ] Shipping income
e [ ] Dividends from a DISC or former DISC
f [ ] Certain distributions from a foreign sales corporation (FSC) or former FSC
g [ ] Lump-sum distributions (see instructions before completing form)
h [ ] General limitation income - all other income from sources outside the United States (including income from sources within U.S. possessions)

i Resident of (name of country) ▶ US

**Note:** *If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to* **more than one** *foreign country or U.S. possession, use a separate column and line for each country or possession.*

## Part I Figuring Taxable Income or Loss From Sources Outside the United States for Category Checked Above

| | Foreign Country or U.S. Possession A | B | C | Total (Add cols. A, B, and C.) |
|---|---|---|---|---|
| j Enter the name of the foreign country or U.S. possession ▶ | VARIOUS | | | |
| 1 Gross income from sources within country shown above and of the type checked above: | | | | 1 |
| **Deductions and losses:** | | | | |
| 2 Expenses **definitely related** to the income on line 1 (attach statement) | | | | |
| 3 Pro rata share of other deductions **not definitely related:** | | | | |
| a Certain itemized deductions or standard deduction | 4207. | | | |
| b Other deductions (attach statement) | | | | |
| c Add lines 3a and 3b | 4207. | | | |
| d Gross foreign source income | | | | |
| e Gross income from all sources | 280411. | | | |
| f Divide line 3d by line 3e | .000000 | | | |
| g Multiply line 3c by line 3f | | | | |
| 4 Pro rata share of interest expense: | | | | |
| a Home mortgage interest (Use worksheet on page 7 of the instructions) | | | | |
| b Other interest expense | | | | |
| 5 Losses from foreign sources | | | | |
| 6 Add lines 2, 3g, 4a, 4b, and 5 | | | | 6 |
| 7 Subtract line 6 from line 1. Enter the result here and on line 14, page 2 ▶ | | | | 7 |

## Part II Foreign Taxes Paid or Accrued

| Country | Credit is claimed for taxes (you must check one) (k) [X] Paid (l) [ ] Accrued (m) Date paid or accrued | In foreign currency — Taxes withheld at source on: (n) Dividends | (o) Rents and royalties | (p) Interest | (q) Other foreign taxes paid or accrued | In U.S. dollars — Taxes withheld at source on: (r) Dividends | (s) Rents and royalties | (t) Interest | (u) Other foreign taxes paid or accrued | (v) Total foreign taxes paid or accrued (add cols. (r) through (u)) |
|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | | | |
| B | | | | | | | | | | |
| C | | | | | | | | | | |

8 Add lines A through C, column (v). Enter the total here and on line 9, page 2 ▶ 8

LHA **For Paperwork Reduction Act Notice, see page 1 of separate Instructions.** Form **1116** (1998)

811501
11-03-98

## Part III Figuring the Credit

| Line | Description | Line | Amount | Line | Amount |
|---|---|---|---|---|---|
| 9 | Enter amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I | 9 | | | |
| 10 | Carryback or carryover (attach detailed computation) | 10 | | | |
| 11 | Add lines 9 and 10 | 11 | | | |
| 12 | Reduction in foreign taxes | 12 | | | |
| 13 | Subtract line 12 from line 11. This is the total amount of foreign taxes available for credit | | | 13 | |
| 14 | Enter amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I. | 14 | | | |
| 15 | Adjustments to line 14 | 15 | | | |
| 16 | Combine the amounts on lines 14 and 15. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 17 through 21.) | 16 | | | |
| 17 | **Individuals:** Enter amount from Form 1040, line 37. If you are a nonresident alien, enter amount from Form 1040NR, line 36. **Estates and trusts:** Enter your taxable income without the deduction for your exemption<br>**Caution:** *If you figured your tax using the special rates on capital gains, see instructions.* | 17 | | | |
| 18 | Divide line 16 by line 17. If line 16 is more than line 17, enter the figure "1" | | | 18 | |
| 19 | **Individuals:** Enter amount from Form 1040, line 40, **less** any amounts on Form 1040, lines 41 through 45, and any mortgage interest credit (from Form 8396) and District of Columbia first-time homebuyer credit (from Form 8859) on line 47. If you are a nonresident alien, enter amount from Form 1040NR, line 39, less any amount on Form 1040NR, lines 40, 41, 42, and any mortgage interest credit (from Form 8396) and District of Columbia first-time homebuyer credit (from Form 8859) on line 44.<br>**Estates and trusts:** Enter amount from Form 1041, Schedule G, line 1c, or Form 990-T, lines 36 and 37 | | | 19 | |
| 20 | Multiply line 19 by line 18 (maximum amount of credit) | | | 20 | |
| 21 | Enter the amount from line 13 or line 20, whichever is **smaller**. If this is the only Form 1116 you are completing, skip lines 22 through 29 and enter this amount on line 30. Otherwise, complete the appropriate line in Part IV ▶ | | | 21 | |

## Part IV Summary of Credits From Separate Parts III

| Line | Description | Line | Amount | Line | Amount |
|---|---|---|---|---|---|
| 22 | Credit for taxes on passive income | 22 | 0. | | |
| 23 | Credit for taxes on high withholding tax interest | 23 | 0. | | |
| 24 | Credit for taxes on financial services income | 24 | 0. | | |
| 25 | Credit for taxes on shipping income | 25 | 0. | | |
| 26 | Credit for taxes on dividends from a DISC or former DISC | 26 | 0. | | |
| 27 | Credit for taxes on certain distributions from a FSC or former FSC | 27 | 0. | | |
| 28 | Credit for taxes on lump-sum distributions | 28 | 0. | | |
| 29 | Credit for taxes on general limitation income (all other income from sources outside the United States) | 29 | 0. | | |
| 30 | Add lines 22 through 29 | | | 30 | 0. |
| 31 | Reduction of credit for international boycott operations | | | 31 | |
| 32 | Subtract line 31 from line 30. This is your foreign tax credit. Enter here and on Form 1040, line 46; Form 1040NR, line 43; Form 1041, Schedule G, line 2a; or Form 990-T, line 39a ▶ | | | 32 | 0. |

Form **1116**

Department of the Treasury
Internal Revenue Service

ALTERNATIVE MINIMUM TAX

# Foreign Tax Credit

(Individual, Estate, Trust, or Nonresident Alien Individual)

▶ Attach to Form 1040, 1040NR, 1041, or 990-T.

OMB No. 1545-0121

**1998**

Attachment Sequence No. 19

Name: JEROME C. JEWELL

Identifying number as shown on page 1 of your tax return:

Use a separate Form 1116 for each category of income listed below. See **Categories of Income** on page 3 of the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below. Complete this form for credit for taxes on:

- a [X] Passive income
- b [ ] High withholding tax interest
- c [ ] Financial services income
- d [ ] Shipping income
- e [ ] Dividends from a DISC or former DISC
- f [ ] Certain distributions from a foreign sales corporation (FSC) or former FSC
- g [ ] Lump-sum distributions (see Instructions before completing form)
- h [ ] General limitation income - all other income from sources outside the United States (including income from sources within U.S. possessions)

i Resident of (name of country) ▶ US

**Note:** *If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to* **more than one** *foreign country or U.S. possession, use a separate column and line for each country or possession.*

## Part I Figuring Taxable Income or Loss From Sources Outside the United States for Category Checked Above

| | Foreign Country or U.S. Possession A | B | C | Total (Add cols. A, B, and C.) |
|---|---|---|---|---|
| j Enter the name of the foreign country or U.S. possession ▶ | VARIOUS | | | |
| 1 Gross income from sources within country shown above and of the type checked above: | | | | 1 |
| **Deductions and losses:** | | | | |
| 2 Expenses **definitely related** to the income on line 1 (attach statement) | 0. | | | |
| 3 Pro rata share of other deductions **not definitely related**: | | | | |
| a Certain itemized deductions or standard deduction | 565. | | | |
| b Other deductions (attach statement) | 0. | | | |
| c Add lines 3a and 3b | 565. | | | |
| d Gross foreign source income | | | | |
| e Gross income from all sources | 280411. | | | |
| f Divide line 3d by line 3e. | | | | |
| g Multiply line 3c by line 3f | | | | |
| 4 Pro rata share of interest expense: | | | | |
| a Home mortgage interest (Use worksheet on page 7 of the instructions) | | | | |
| b Other interest expense | 0. | | | |
| 5 Losses from foreign sources | 0. | | | |
| 6 Add lines 2, 3g, 4a, 4b, and 5 | | | | 6 |
| 7 Subtract line 6 from line 1. Enter the result here and on line 14, page 2 ▶ | | | | 7 |

## Part II Foreign Taxes Paid or Accrued

Credit is claimed for taxes (you must check one): (k) [X] Paid (l) [ ] Accrued

| Country | (m) Date paid or accrued | In foreign currency: Taxes withheld at source on: (n) Dividends | (o) Rents and royalties | (p) Interest | (q) Other foreign taxes paid or accrued | In U.S. dollars: Taxes withheld at source on: (r) Dividends | (s) Rents and royalties | (t) Interest | (u) Other foreign taxes paid or accrued | (v) Total foreign taxes paid or accrued (add cols. (r) through (u)) |
|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | | | |
| B | | | | | | | | | | |
| C | | | | | | | | | | |

8 Add lines A through C, column (v). Enter the total here and on line 9, page 2 ▶ 8

LHA **For Paperwork Reduction Act Notice, see page 1 of separate Instructions.** Form **1116** (1998)

811501 11-03-98

ALTERNATIVE MINIMUM TAX

Form 1116 (1998) JEROME C. JEWELL Page 2

## Part III Figuring the Credit

| | | | | |
|---|---|---|---|---|
| 9 Enter amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I | 9 | | | |
| 10 Carryback or carryover (attach detailed computation) | 10 | | | |
| 11 Add lines 9 and 10 | 11 | | | |
| 12 Reduction in foreign taxes | 12 | | | |
| 13 Subtract line 12 from line 11. This is the total amount of foreign taxes available for credit | | | 13 | |
| 14 Enter amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I. | 14 | | | |
| 15 Adjustments to line 14 | 15 | | | |
| 16 Combine the amounts on lines 14 and 15. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 17 through 21.) | 16 | | | |
| 17 **Individuals:** Enter amount from Form 1040, line 37. If you are a nonresident alien, enter amount from Form 1040NR, line 36. **Estates and trusts:** Enter your taxable income without the deduction for your exemption | 17 | 213584. | | |
| **Caution:** *If you figured your tax using the special rates on capital gains, see instructions.* | | | | |
| 18 Divide line 16 by line 17. If line 16 is more than line 17, enter the figure "1" | | | 18 | |
| 19 **Individuals:** Enter amount from Form 1040, line 40, **less** any amounts on Form 1040, lines 41 through 45, and any mortgage interest credit (from Form 8396) and District of Columbia first-time homebuyer credit (from Form 8859) on line 47. If you are a nonresident alien, enter amount from Form 1040NR, line 39, less any amount on Form 1040NR, lines 40, 41, 42, and any mortgage interest credit (from Form 8396) and District of Columbia first-time homebuyer credit (from Form 8859) on line 44. **Estates and trusts:** Enter amount from Form 1041, Schedule G, line 1c, or Form 990-T, lines 36 and 37 | | | 19 | 53058. |
| 20 Multiply line 19 by line 18 (maximum amount of credit) | | | 20 | |
| 21 Enter the amount from line 13 or line 20, whichever is **smaller.** If this is the only Form 1116 you are completing, skip lines 22 through 29 and enter this amount on line 30. Otherwise, complete the appropriate line in Part IV ▶ | | | 21 | |

## Part IV Summary of Credits From Separate Parts III

| | | | | |
|---|---|---|---|---|
| 22 Credit for taxes on passive income | 22 | 0. | | |
| 23 Credit for taxes on high withholding tax interest | 23 | 0. | | |
| 24 Credit for taxes on financial services income | 24 | 0. | | |
| 25 Credit for taxes on shipping income | 25 | 0. | | |
| 26 Credit for taxes on dividends from a DISC or former DISC | 26 | 0. | | |
| 27 Credit for taxes on certain distributions from a FSC or former FSC | 27 | 0. | | |
| 28 Credit for taxes on lump-sum distributions | 28 | 0. | | |
| 29 Credit for taxes on general limitation income (all other income from sources outside the United States) | 29 | 0. | | |
| 30 Add lines 22 through 29 | | | 30 | 0. |
| 31 Reduction of credit for international boycott operations | | | 31 | |
| 32 Subtract line 31 from line 30. This is your foreign tax credit. Enter here and on Form 1040, line 46; Form 1040NR, line 43; Form 1041, Schedule G, line 2a; or Form 990-T, line 39a ▶ | | | 32 | 0. |

811511
11-03-98

Form **8283** (Rev. October 1998) Department of the Treasury Internal Revenue Service

# Noncash Charitable Contributions

▶ Attach to your tax return if you claimed a total deduction of over $500 for all contributed property.

OMB. No. 1545-0908

Attachment Sequence No. 55

Name(s) shown on your income tax return: JEROME C. JEWELL

Identifying number:

**Note:** *Figure the amount of your contribution deduction before completing this form. See your tax return instructions.*

**Section A -** List in this section only items (or groups of similar items) for which you claimed a deduction of $5,000 or less. Also, list certain publicly traded securities even if the deduction is over $5,000.

**Part I** **Information on Donated Property -** If you need more space, attach a statement.

| 1 | (a) Name and address of the donee organization | (b) Description of donated property |
|---|---|---|
| A | GROUP HEALTH FOUNDATION SEATTLE, WA | HEARING AIDS |
| B | | |
| C | | |
| D | | |
| E | | |

**Note:** *If the amount you claimed as a deduction for an item is $500 or less, you do not have to complete columns (d), (e), and (f).*

| | (c) Date of the contribution | (d) Date acquired by donor (mo., yr.) | (e) How acquired by donor | (f) Donor's cost or adjusted basis | (g) Fair market value | (h) Method used to determine the fair market value |
|---|---|---|---|---|---|---|
| A | 09/01/98 | VAR. | PURCHASE | 4510. | 565. | THRIFT SHOP VALUE |
| B | | | | | | |
| C | | | | | | |
| D | | | | | | |
| E | | | | | | |

**Part II** **Other Information -** Complete line 2 if you gave less than an entire interest in property listed in Part I. Complete line 3 if conditions were attached to a contribution listed in Part I.

2 If, during the year, you contributed less than the entire interest in the property, complete lines a - e.

a Enter the letter from Part I that identifies the property ▶ ________ . If Part II applies to more than one property, attach a separate statement.

b Total amount claimed as a deduction for the property listed in Part I: (1) For this tax year ▶ ________ .

(2) For any prior tax years ▶ ________ .

c Name and address of each organization to which any such contribution was made in a prior year (complete only if different from the donee organization above):

Name of charitable organization (donee)

Address (number, street, and room or suite no.)

City or town, state, and ZIP code

d For tangible property, enter the place where the property is located or kept ▶

e Name of any person, other than the donee organization, having actual possession of the property ▶

| | | Yes | No |
|---|---|---|---|
| 3 | If conditions were attached to any contribution listed in Part I, answer questions a - c and attach the required statement. | | |
| a | Is there a restriction, either temporary or permanent, on the donee's right to use or dispose of the donated property? | | |
| b | Did you give to anyone (other than the donee organization or another organization participating with the donee organization in cooperative fundraising) the right to the income from the donated property or to the possession of the property, including the right to vote donated securities, to acquire the property by purchase or otherwise, or to designate the person having such income, possession, or right to acquire? | | |
| c | Is there a restriction limiting the donated property for a particular use? | | |

LHA **For Paperwork Reduction Act Notice, see separate instructions.** Form **8283** (Rev. 10-98)

819931 11-14-98

Form **8271** (Rev. July 1998) Department of the Treasury Internal Revenue Service

# Investor Reporting of Tax Shelter Registration Number

▶ Attach to your tax return

OMB No. 1545-0881

Attachment Sequence No. 71

| Investor's name(s) shown on return | Investor's identifying number | Investor's tax year ended |
|---|---|---|
| JEROME C. JEWELL | | 12/31/98 |

| | (a) Tax Shelter Name | (b) Tax Shelter Registration Number (11-digit number) | (c) Tax Shelter Identifying Number |
|---|---|---|---|
| 1 | RANCHO CALIFORNIA PARTNERS-II | 86316000842 | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |

LHA

Form **8271** (Rev. 7-98)

819921 08-24-98

Form **4952**

Department of the Treasury
Internal Revenue Service (99)

# Investment Interest Expense Deduction

▶ Attach to your tax return.

OMB No. 1545-0191

**1998**

Attachment Sequence No. 72

Name(s) shown on return: JEROME C. JEWELL

Identifying number:

## Part I Total Investment Interest Expense

| | | | |
|---|---|---|---|
| 1 | Investment interest expense paid or accrued in 1998 | 1 | |
| 2 | Disallowed investment interest expense from 1997 Form 4952, line 7 SEE STATEMENT 9 | 2 | 1584. |
| 3 | **Total investment interest expense.** Add lines 1 and 2 | 3 | 1584. |

## Part II Net Investment Income

| | | | | | |
|---|---|---|---|---|---|
| 4a | Gross income from property held for investment (excluding any net gain from the disposition of property held for investment) SEE STATEMENT 10 | | | 4a | 2387. |
| b | Net gain from the disposition of property held for investment STMT 11 | 4b | 2178. | | |
| c | Net capital gain from the disposition of property held for investment | 4c | 2178. | | |
| d | Subtract line 4c from line 4b. If zero or less, enter -0- | | | 4d | 0. |
| e | Enter all or part of the amount on line 4c that you elect to include in investment income. Do not enter more than the amount on line 4b ▶ | | | 4e | |
| f | Investment income. Add lines 4a, 4d, and 4e | | | 4f | 2387. |
| 5 | Investment expenses | | | 5 | |
| 6 | **Net investment income.** Subtract line 5 from line 4f. If zero or less, enter -0- | | | 6 | 2387. |

## Part III Investment Interest Expense Deduction

| | | | |
|---|---|---|---|
| 7 | Disallowed investment interest expense to be carried forward to 1999. Subtract line 6 from line 3. If zero or less, enter -0- | 7 | 0. |
| 8 | **Investment interest expense deduction.** Enter the smaller of line 3 or 6 | 8 | 1584. |

LHA **For Paperwork Reduction Act Notice, see separate instructions.** Form **4952** (1998)

818901
11-14-98

Form **8582**

Department of the Treasury
Internal Revenue Service (99)

# Passive Activity Loss Limitations

▶ See separate Instructions.
▶ Attach to Form 1040 or Form 1041.

OMB No. 1545-1008
**1998**
Attachment Sequence No. 88

Name(s) shown on return: JEROME C. JEWELL

Identifying number:

## Part I 1998 Passive Activity Loss

**Caution:** *See the instructions for Worksheets 1 and 2 on page 7 before completing Part I.*

**Rental Real Estate Activities With Active Participation** (For the definition of active participation see **Active Participation in a Rental Real Estate Activity** in the instructions.)

| | | | | |
|---|---|---|---|---|
| 1a Activities with net income (enter the amount from Worksheet 1, column (a)) | 1a | | | |
| b Activities with net loss (enter the amount from Worksheet 1, column (b)) | 1b | | | |
| c Prior years unallowed losses (enter the amount from Worksheet 1, column (c)) | 1c | | | |
| d Combine lines 1a, 1b, and 1c | | | 1d | |

**All Other Passive Activities**

| | | | | |
|---|---|---|---|---|
| 2a Activities with net income (enter the amount from Worksheet 2, column (a)) | 2a | 8721. | | |
| b Activities with net loss (enter the amount from Worksheet 2, column (b)) | 2b | <1866.> | | |
| c Prior year unallowed losses (enter the amount from Worksheet 2, column (c)) | 2c | <3907.> | | |
| d Combine lines 2a, 2b, and 2c | | | 2d | 2948. |
| 3 Combine lines 1d and 2d. If the result is net income or zero, all losses are allowed, including any prior year unallowed losses entered on line 1c or 2c. **Do not** complete Form 8582. Take the losses to the form or schedule you normally report them on. If this line and line 1d are losses, go to line 4. Otherwise, enter -0- on line 9 and go to line 10 | | | 3 | 2948. |

## Part II Special Allowance for Rental Real Estate With Active Participation

**Note:** *Enter all numbers in Part II as positive amounts. See page 7 of the instructions for examples.*

| | | | | |
|---|---|---|---|---|
| 4 Enter the **smaller** of the loss on line 1d or the loss on line 3 | | | 4 | |
| 5 Enter $150,000. If married filing separately, see the instructions | 5 | | | |
| 6 Enter modified adjusted gross income, but not less than zero. **Note:** If line 6 is equal to or greater than line 5, skip lines 7 and 8, enter -0- on line 9, and then go to line 10. Otherwise, go to line 7. | 6 | | | |
| 7 Subtract line 6 from line 5 | 7 | | | |
| 8 Multiply line 7 by 50% (.5). **Do not** enter more than $25,000. If married filing separately, see instructions | | | 8 | |
| 9 Enter the **smaller** of line 4 or line 8 | | | 9 | |

## Part III Total Losses Allowed

| | | |
|---|---|---|
| 10 Add the income, if any, on lines 1a and 2a and enter the total | 10 | |
| 11 **Total losses allowed from all passive activities for 1998.** Add lines 9 and 10. See the instructions to find out how to report the losses on your tax return | 11 | 5773. |

LHA **For Paperwork Reduction Act Notice, see separate instructions.**

Form **8582** (1998)

819761
02-16-99

25.1

**Form 1116** **U.S. and Foreign Source Income Summary**

NAME

JEROME C. JEWELL

| INCOME TYPE | TOTAL | U.S. | FOREIGN PASSIVE |
|---|---|---|---|
| Compensation | 232241. | 232241. | |
| Dividends/Distributions | 144. | 144. | |
| Interest | 2243. | 2243. | |
| Capital Gains | 45640. | 45640. | |
| Business/Profession | | | |
| Rent/Royalty | | | |
| State/Local Refunds | | | |
| Partnership/S Corporation | | | |
| Trust/Estate | | | |
| Other Income | 143. | 143. | |
| Nontaxable Income | | | |
| Gross Income | 280411. | 280411. | |
| Less: | | | |
| Section 911 Exclusion | | | |
| Capital Losses | 34741. | 34741. | |
| Capital Gains Tax Adjustment | | | |
| Nontaxable Income | | | |
| Total Income - Form 1116 | 245670. | 245670. | |
| Deductions: | | | |
| Business/Profession Expenses | 974. | 974. | |
| Rent/Royalty Expenses | | | |
| Partnership/S Corporation Losses | 10694. | 10694. | |
| Trust/Estate Losses | | | |
| Capital Losses | | | |
| Non-capital Losses | | | |
| Individual Retirement Account | | | |
| Moving Expenses | | | |
| Self-employment Tax Deduction | | | |
| Self-employment Health Insurance | | | |
| Keogh Contributions | | | |
| Alimony | | | |
| Forfeited Interest | | | |
| Foreign Housing Deduction | | | |
| Other Adjustments | | | |
| Capital Gains Tax Adjustment | | | |
| Total Deductions | 11668. | 11668. | |
| Adjusted Gross Income | 234002. | 234002. | |
| Less Itemized Deductions: | | | |
| Specifically Allocated | | | |
| Home Mortgage Interest | 15679. | 15679. | |
| Other Interest | 1584. | 1584. | |
| Ratably Allocated | 4207. | 4207. | |
| Total Adjustments to Adjusted Gross Income | 21470. | 21470. | |
| Taxable Income Before Exemptions | 212532. | 212532. | |

827931
09-03-98

**Form 1116** **Allocation of Itemized Deductions**

NAME
JEROME C. JEWELL

| | Total Itemized Deductions | Itemized Deductions After Sec. 68 Reduction | Form 1116 Specifically U.S. | Form 1116 Specifically Foreign | Form 1116 Ratable |
|---|---|---|---|---|---|
| Taxes | 4337. | 3722. | | | 3722. |
| Interest - Not Including Investment Interest | 18269. | 15679. | 15679. | | |
| Contributions | 565. | 485. | | | 485. |
| Miscellaneous Deductions Subject to 2% | | | | | |
| Other Miscellaneous Deductions - Not Including Gambling Losses | | | | | |
| Foreign Adjustment | | | | | |
| Total Itemized Deductions Subject to Sec. 68 | 23171. | 19886. | | | |
| Add Itemized Deductions Not Subject to Sec. 68: | | | | | |
| Medical/Dental | | | | | |
| Investment Interest | 1584. | 1584. | 1584. | | |
| Casualty Losses | | | | | |
| Gambling Losses | | | | | |
| Foreign Adjustment | | | | | |
| Total Itemized Deductions | 24755. | | | | |
| Total Allowed on Schedule A | | 21470. | 17263. | | 4207. |

827871
09-03-98

JEROME C. JEWELL

| FORM 1040 | PENSIONS AND ANNUITIES | STATEMENT 1 |
|---|---|---|

OFFICE OF PERSONNEL MANAGMENT

| | | |
|---|---|---|
| AMOUNT RECEIVED THIS YEAR | 143. | |
| NONTAXABLE AMOUNT | | |
| AMOUNT INCLUDED IN FORM 1040, LINE 16B | | 143. |
| TOTAL INCLUDED IN FORM 1040, LINE 16B | | 143. |

JEROME C. JEWELL

FORM 1040 — PERSONAL EXEMPTION WORKSHEET — STATEMENT 2

1. IS THE AMOUNT ON FORM 1040, LINE 34, MORE THAN THE AMOUNT SHOWN ON LINE 4 BELOW FOR YOUR FILING STATUS?
   NO. STOP. MULTIPLY $2,700 BY THE TOTAL NUMBER OF EXEMPTIONS CLAIMED ON FORM 1040, LINE 6D, AND ENTER THE RESULT ON LINE 38.
   YES. GO TO LINE 2.
2. MULTIPLY $2,700 BY THE TOTAL NUMBER OF EXEMPTIONS CLAIMED ON FORM 1040, LINE 6D . . . . . . . . . . . . . . . . . . . . 2700.
3. ENTER THE AMOUNT FROM FORM 1040, LINE 34 . . 234002.
4. ENTER THE AMOUNT FOR YOUR FILING STATUS . . 124500.
   MARRIED FILING SEPARATE $ 93,400
   SINGLE $124,500
   HEAD OF HOUSEHOLD $155,650
   MARRIED FILING JOINT OR WIDOW(ER) $186,800
5. SUBTRACT LINE 4 FROM LINE 3 . . . . . . . . . 109502.
   IF LINE 5 IS MORE THAN $122,500 ($61,250 IF MARRIED FILING SEPARATE) ENTER ZERO ON FORM 1040, LINE 38.
6. DIVIDE LINE 5 BY $2,500 ($1,250 IF MFS) . . 44.
7. MULTIPLY LINE 6 BY 2% (.02) AND ENTER THE RESULT AS A DECIMAL . . . . . . . . . . . . . . . . . . . 0.88
8. MULTIPLY LINE 2 BY LINE 7 . . . . . . . . . . . . . . . . . 2376.
9. SUBTRACT LINE 8 FROM LINE 2. TOTAL TO FORM 1040, LINE 38. 324.

FORM 1040 — WAGES RECEIVED AND TAXES WITHHELD — STATEMENT 3

| T S | EMPLOYER'S NAME | AMOUNT PAID | FEDERAL TAX WITHHELD | STATE TAX WITHHELD | CITY SDI TAX W/H | FICA TAX | MEDICARE TAX |
|---|---|---|---|---|---|---|---|
| T | ACCI | 232241. | 56186. | | | 4241. | 3391. |
| | TOTALS | 232241. | 56186. | | | 4241. | 3391. |

JEROME C. JEWELL

| SCHEDULE A | POINTS NOT REPORTED ON FORM 1098 | | | STATEMENT 4 |
|---|---|---|---|---|
| DESCRIPTION | DATE RE-FINANCED | TOTAL POINTS | AMORT. PERIOD /MOS. | AMORTIZATION THIS YEAR |
| REFINANCE | 11/29/93 | 2500. | 360 | 83. |
| TOTAL TO SCHEDULE A, LINE 12 | | | | 83. |

| SCHEDULE A | INVESTMENT INTEREST | STATEMENT 5 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| CURRENT YEAR MARGIN INTEREST | | |
| DISALLOWED INVESTMENT INTEREST PRIOR YEARS | | 1584. |
| TOTAL TO SCHEDULE A, LINE 13 | | 1584. |

| SCHEDULE A | MEDICAL AND DENTAL EXPENSES | STATEMENT 6 |
|---|---|---|
| DESCRIPTION | | AMOUNT |
| PRESCRIPTION MEDICINES AND DRUGS | | 76. |
| LONG-TERM CARE EXPENSES | | 9000. |
| TOTAL TO SCHEDULE A, LINE 1 | | 9076. |

JEROME C. JEWELL

SCHEDULE A ITEMIZED DEDUCTIONS WORKSHEET STATEMENT 7

| | | | |
|---|---|---|---|
| 1. | ADD THE AMOUNTS ON SCHEDULE A, LINES 4, 9, 14, 18, 19, 26, AND 27 . . . . . | | 24755. |
| 2. | ADD THE AMOUNTS ON SCHEDULE A, LINES 4, 13, AND 19, PLUS ANY GAMBLING AND CASUALTY OR THEFT LOSSES INCLUDED ON LINE 27 . . . . . | | 1584. |
| 3. | SUBTRACT LINE 2 FROM LINE 1. IF THE RESULT IS ZERO, STOP HERE; ENTER THE AMOUNT FROM LINE 1 ABOVE ON SCHEDULE A, LINE 28 . . . . . | | 23171. |
| 4. | MULTIPLY LINE 3 ABOVE BY 80% (.80) . . . . . | 18537. | |
| 5. | ENTER THE AMOUNT FROM FORM 1040, LINE 34. . . | 234002. | |
| 6. | ENTER $124,500 ($62,250 IF MARRIED FILING SEPARATELY) . . . . . | 124500. | |
| 7. | SUBTRACT LINE 6 FROM LINE 5. IF THE RESULT IS ZERO OR LESS, STOP HERE; ENTER THE AMOUNT FROM LINE 1 ABOVE ON SCHEDULE A, LINE 28 . . | 109502. | |
| 8. | MULTIPLY LINE 7 ABOVE BY 3% (.03) . . . . . | 3285. | |
| 9. | ENTER THE SMALLER OF LINE 4 OR LINE 8 . . . . . | | 3285. |
| 10. | TOTAL ITEMIZED DEDUCTIONS. SUBTRACT LINE 9 FROM LINE 1. ENTER THE RESULT HERE AND ON SCHEDULE A, LINE 28 . . . . | | 21470. |

SCHEDULE D LONG-TERM CAPITAL GAINS AND LOSSES STATEMENT 8

| DESCRIPTION | ACQUIRED | SOLD | PRICE | COST | GAIN OR LOSS | 28% GAIN |
|---|---|---|---|---|---|---|
| DISPOSITION OF INTEREST IN INDEPENDENT DATA | 11/04/91 | / /98 | 0. | 3225. | (3225.) | |
| DISPOSITION OF INTEREST IN RANCHO CALIFORNIA | | / /98 | 0. | | 0. | |
| 10,000 SH - ABER RESOURCES LTD NEW F | 08/05/94 | VARIOUS | 82490. | 46260. | 36230. | |
| 56,000 SH - GROWLNOLA, INC | 07/03/87 | / /98 | 0. | 6600. | (6600.) | |
| 30,500 SH - GOLD PLACERS, INC | / /80 | / /98 | 0. | 11896. | (11896.) | |
| TOTAL TO SCH. D, PART II, LINE 8 | | | 82490. | 67981. | 14509. | |

JEROME C. JEWELL

FORM 4952 — INVESTMENT INTEREST EXPENSE — STATEMENT 9

| DESCRIPTION | CURRENT | CARRYOVER |
|---|---|---|
| CURRENT YEAR MARGIN INTEREST | 0. | |
| DISALLOWED INVESTMENT INTEREST PRIOR YEARS | | 1584. |
| TOTALS TO FORM 4952 | | 1584. |

FORM 4952 — INCOME FROM PROPERTY HELD FOR INVESTMENT — STATEMENT 10

| DESCRIPTION | AMOUNT |
|---|---|
| INTEREST INCOME | 2243. |
| DIVIDEND INCOME | 144. |
| TOTAL TO FORM 4952, LINE 4A | 2387. |

FORM 4952 — NET CAPITAL GAIN FROM THE DISPOSITION OF PROPERTY HELD FOR INVESTMENT — STATEMENT 11

| DESCRIPTION | AMOUNT |
|---|---|
| DISPOSITION OF INTEREST IN INDEPENDENT DATA SYSTEMS PARTNERSHIP | <3225.> |
| DISPOSITION OF INTEREST IN RANCHO CALIFORNIA PARTNERS-II PARTNER | 0. |
| 10,000 SH - ABER RESOURCES LTD NEW F | 36230. |
| 56,000 SH - GROWLNOLA, INC | <6600.> |
| 30,500 SH - GOLD PLACERS, INC | <11896.> |
| LESS SHORT-TERM CAPITAL LOSS | <12331.> |
| TOTAL TO FORM 4952, LINE 4C | 2178. |

JEROME C. JEWELL

FORM 8582 OTHER PASSIVE ACTIVITIES - WORKSHEET 2 STATEMENT 12

| NAME OF ACTIVITY | CURRENT YEAR NET INCOME | CURRENT YEAR NET LOSS | PRIOR YEAR UNALLOWED LOSS | OVERALL GAIN OR LOSS GAIN | OVERALL GAIN OR LOSS LOSS |
|---|---|---|---|---|---|
| APEX ENTERPRISES, LLC | 0. | <1866.> | <3907.> | | <5773.> |
| TROUBADOR II, INC | 8721. | 0. | | 8721. | |
| TOTALS | 8721. | <1866.> | <3907.> | 8721. | <5773.> |

FORM 8582 SUMMARY OF PASSIVE ACTIVITIES STATEMENT 13

| R R E A - | NAME | FORM OR SCHEDULE | GAIN/LOSS | PRIOR YEAR C/O | NET GAIN/LOSS | UNALLOWED LOSS | ALLOWED LOSS |
|---|---|---|---|---|---|---|---|
| | APEX ENTERPRISES, LLC | SCH E | <1866.> | <3907.> | <5773.> | | 5773. |
| | TROUBADOR II, INC | SCH D | 8721. | | 8721. | | |
| | TROUBADOR II, INC | SCH E | 0. | | 0. | | |
| | TOTALS | | 6855. | <3907.> | 2948. | | 5773. |

PRIOR YEAR CARRYOVERS ALLOWED DUE TO CURRENT YEAR NET ACTIVITY INCOME

TOTAL TO FORM 8582, LINE 11 5773.