assignee Halpern

UNITED STATES TAX COURT

RANCHO CALIFORNIA PARTNERS-II, )
FREDERICK H. BEHRENS, )
The Tax Matters Partner, )
)
Petitioner, )
)
v. ) Docket No. 12535-90
) Judge Halpern
COMMISSIONER OF INTERNAL REVENUE, )
)
Respondent. )

**DECISION**

Pursuant to Rule 248(b) of the Tax Court Rules of Practice and Procedure and Respondent's Motion for Entry of Decision, it is

ORDERED AND DECIDED: That the following statement shows the adjustments to the partnership items of Rancho California Partners II for the taxable year ending November 30, 1986, as set forth below:

**FYE 11-30-86**

**ADJUSTMENTS TO ORDINARY INCOME:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Farming Expense Schedule F | $16,734,117.00 | $ 9,062,714.00 |
| Other Deductions | $ 368,530.00 | $ 368,530.00 |
| Capital Contributed during the year | $ 7,151,500.00 | $ 7,151,500.00 |
| Liabilities | $13,378,393.00 | $ 2,279,390.00 |

GOVERNMENT EXHIBIT 3

**TAX PREFERENCE ITEMS:**

| Partnership Item | As Reported | As Determined |
|---|---|---|
| Qualified Investment Expense | $16,286,497.00 | $ 4,071,624.00 |

That the foregoing adjustments to partnership income and expense are attributable to transactions which lacked economic substance, as described in former I.R.C. § 6621(c)(3)(A)(v), so as to result in a substantial distortion of income and expense,

CERTIFIED TRUE COPY
ROBERT R. DI TROLIO, CLERK
BY: [signature]
DEPUTY CLERK



SERVED JUL 19 2001

as described in I.R.C. § 6621(c)(3)(A)(iv), when computed under the partnership's cash receipts and disbursements method of accounting; and

That liabilities in the amount of $11,099,003 lack economic substance.

James S. Halpern
Judge

Entered: JUL 19 2001