IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JEROME C. JEWELL | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Fed Cl. No. 06-228 T |
| | § | (Judge Charles F. Lettow) |
| UNITED STATES OF AMERICA | § | |
| | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

Plaintiff, Jerome C. Jewell, and Defendant, the United States of America, after review of the government's motion to dismiss and conference, agree to stipulate to dismissal with prejudice of the above captioned matter pursuant to RCFC 41. This matter is not a class action and not subject to RCFC 23. There are no other parties that could or should be joined in this action.

Respectfully submitted,

s/ Teresa J. Womack 12/21/07
TERESA J. WOMACK Date
Texas State Bar No. 00788707
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

Of Counsel for Plaintiff:
THOMAS E. REDDING
Texas State Bar No. 16661300
SALLIE W. GLADNEY
Texas State Bar No. 00787546
Redding & Associates, P.C.
2914 W. T.C. Jester
Houston, Texas 77018
(713) 965-9244
(713) 621-5227 (Fax)

*Attorneys for Plaintiff*

s/ Joseph B. Syverson 12/21/07
JOSEPH B. SYVERSON Date
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Office
Washington, D.C. 20044
(202) 307-6580
(202) 514-9440 (fax)

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief

s/ Steven I. Frahm 12/21/07
Of Counsel Date

*Attorneys for Defendant*